FILED

2017 JAN -4 AM 11: 25

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

#146009186

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP, an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | |
| Plaintiff, | Case No. 3:16-cv-02885 |
| v. | Honorable Jack Zouhary |
| O.E. MEYER CO. and JOHN DOES 1-5 | |
| Defendants. | |

### MOTION FOR PRO HAC VICE ADMISSION

NOW COMES Defendant, O.E. MEYER CO., pursuant to Local Rule 83.5(h), and respectfully moves this Honorable Court for an order granting pro hac vice admission to attorney, Molly A. Arranz, for this case.

Molly A. Arranz was admitted to practice law in the State of Illinois on or about November 6, 2003, and is currently a member in good standing with the Supreme Court of Illinois. Her Illinois ARDC Registration Number is 6281122. She is an attorney with the law firm of SmithAmundsen LLC, located at 150 N. Michigan Avenue, Suite 3300, Chicago, Illinois 60601. She can be reached by telephone at (312) 894-3200, fax at (312) 894-3210, and email at Marranz@salawus.com. Attorney Arranz's Affidavit, setting forth the requirements of Local Rule 83.5(h), is attached hereto as Exhibit A.

Based upon the foregoing, Defendant, O.E. MEYER CO., respectfully requests that this Honorable Court grant pro hac vice admission to attorney Molly A. Arranz for this case.

Respectfully submitted,

By: /s/ Molly A. Arranz

Molly A. Arranz (IL ARDC No. 6285122)
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
Fax: (312) 894-3210
Email: Marranz@salawus.com

Attorney for Defendant

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on **January 3, 2017**, she caused the foregoing **Motion for Pro Hac Vice Admission** to be filed with the Clerk of Court for the Northern District of Ohio via U.S. Mail. A copy of said motion was served upon all counsel of record via electronic mail.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2017.

_____