IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Progressive Health and Rehab Corp, etc.,    Case No. 3:16 CV 2885

                Plaintiff,    DISMISSAL ORDER

     -vs-    JUDGE JACK ZOUHARY

O. E. Meyer Co., et al.,

                Defendants.

Counsel represent that this case has resolved.  Therefore, the docket is marked: "Settled and dismissed without prejudice.  Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of the settlement.

The Case Management Conference set for March 17, 2017 is vacated.

IT IS SO ORDERED.

                                            s/ *Jack Zouhary*
                                            JACK ZOUHARY
                                            U. S. DISTRICT JUDGE

                                            March 14, 2017